UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Douglas W. Nicholson<br>Attorney at Law, Bar No. 3654 | Case No. 2:19-ms-00082<br>ORDER OF SUSPENSION |

On September 24, 2019, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt date of delivery of September 26, 2019. (ECF No. 1.) The OSC gave Mr. Nicholson 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Nicholson. Failure to respond within 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Douglas W. Nicholson, Bar No. 3654, is suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 8th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 8th day of November 2019, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

>Douglas W. Nicholson
>429 Plumb Lane
>Reno, NV 89509

Certified Mail No.: 7019 0700 0001 7574 6277

>/s/ Lorena Q.
>Deputy Clerk
>United States District Court,
>District of Nevada